JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NAMSIK CHO, ANGELA DIAZ, LIN WANG, and HAITONG YU, as individuals and on behalf of all others similarly situated,

Plaintiffs,

vs.

GBC FOOD SERVICES, LLC, a Texas limited liability company; THEIN AUNG, an individual; KATIE AUNG, an individual; and DOES 1 through 100, inclusive,

Defendants.

Case No.: 2:24-cv-10538-CAS-SKx

[*Assigned to Hon. Christina A. Snyder for all Further Proceedings*]

**ORDER GRANTING JOINT STIPULATION TO REMAND REMOVED ACTION**

ORDER

The Court, having reviewed the Parties' Joint Stipulation to Remand Removed Action, and good cause appearing therefor, hereby ORDERS the following:

///

///

///

1

ORDER

1. The Action shall be remanded to the Superior Court of the State of California for the County of Los Angeles, where the Action was first filed for the purposes of settlement only; and

2. All class certification motion deadlines and pre-trial and trial dates be vacated, and that the Parties agree to bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the Class Action.

IT IS SO ORDERED.

Dated:  March 25, 2026 _____

_Christine a. Snyder_

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

ORDER